**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Meltzer, Purtill & Stelle v. 1400 Milwaukee Avenue Owner LLC, GoodHomesCo LLC, GoodHomes Communities LLC, David Mitchell, Ziel Feldman and Leila Feldman

Case Number: 26-cv-6037

An appearance is hereby filed by the undersigned as attorney for:

1400 Milwaukee Avenue Owner LLC, GoodHomesCo LLC, GoodHomes Communities LLC, Ziel Feldman and Leila Feldman

Attorney name (type or print):
Helene S. Feldman
Firm: Helene S. Feldman, Esq

Street address: 1202 Lexington Avenue
Suite #232

City/State/Zip: New York, New York 10028

Bar ID Number: 2099893
(See item 3 in instructions)

Telephone Number: 917-797-1956

Email Address: helenefeldman123@gmail.com

Are you acting as lead counsel in this case? Yes

Are you a member of the court's general bar?
No

Are you a member of the court's trial bar?
No

Are you appearing *pro hac vice*? Yes

If this case reaches trial, will you act as the trial attorney?
No

If this is a criminal case, check your status. Retained Counsel

Appointed Counsel

If appointed counsel, are you a
Federal Defender

CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on : September 23, 2026

Attorney signature: */s/Helene S. Feldman*

(Use electronic signature if the appearance form is filed electronically.)