**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MELTZER, PURTILL & STELLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>1400 MILWAUKEE AVENUE OWNER LLC, GOODHOMESCO LLC, GOODHOMES COMMUNITIES LLC, DAVID MITCHELL, ZIEL FELDMAN, and LEILA FELDMAN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-cv-6037<br><br>Hon. Joan B. Gottschall |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant 1400 Milwaukee Avenue Owner LLC, GoodHomesCo LLC, GoodHomes Communities LLC, Ziel Feldman and Leila Feldman ("Served Defendants") by and through undersigned counsel, respectfully notifies the Court that it does not oppose Plaintiff's Motion for a 90 Day Extension of its deadline to serve Defendant David Mitchell.

Defendant's non-opposition does not waive any of its rights, defenses or arguments, including any response to the motion Plaintiff ultimately files.

Dated: November 18, 2026

Respectfully submitted,

/s/ Helene S. Feldman
Helene S. Feldman, Esq.
1202 Lexington Avenue, Suite #232
New York, New York 10028
helenefeldman123@gmail.com
917-797-1956
*Attorney for Defendants 1400 Milwaukee Avenue Owner LLC, GoodHomesCo LLC, GoodHomes Communities LLC, Ziel Feldman, and Leila Feldman*